IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UGUR TURAL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 26-316 |
| | ) | |
| v. | ) | U.S DISTRICT JUDGE |
| | ) | MARK R. HORNAK |
| | ) | |
| NOEM, et al., | ) | (Electronic Filing) |
| | ) | |
| Defendants. | ) | |

AND NOW, this _____21st_____
day of ___July___, 20_26_
IT IS SO ORDERED.
_____s/ Mark . Hornak_____
UNITED STATES DISTRICT JUDGE

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

1. Plaintiff Ugur Tural, proceeding pro se, respectfully submits this Notice of Voluntary Dismissal pursuant to the Parties' Joint Motion to Stay and for Administrative Closure filed in this matter.

2. On February 23, 2026, Plaintiff commenced this action seeking judicial relief due to the delay in adjudication of his pending Form I-589 Application for Asylum by U.S. Citizenship and Immigration Services ("USCIS").

3. On May 20, 2026, the Parties filed a Joint Motion to Stay and for Administrative Closure. In that agreement, Plaintiff agreed that upon receipt of the Arlington Asylum Office's decision regarding his asylum application, Plaintiff would voluntarily dismiss this action.

4. On May 20, 2026, the Parties jointly moved to stay and administratively close this action pending adjudication of Plaintiff's asylum application. Pursuant to the terms of

1

the Joint Motion, Plaintiff agreed to voluntarily dismiss this action upon receipt of a decision from the Arlington Asylum Office regarding his Form I-589 Application.

5. Plaintiff has now received official notice from USCIS that his Form I-589 Application for Asylum has been approved and that adjudication of his asylum application has been completed.

6. Accordingly, because USCIS has completed adjudication of Plaintiff's asylum application, Plaintiff respectfully requests that this Court dismiss this action and close the case.

Respectfully submitted,

/s/ Ugur Tural

Ugur Tural, Pro Se

639 Aljo Dr

Pittsburgh , PA 15241

(412) 608 06 14

ugurturalusa@gmail.com

Dated: July 20, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2026. I served a true and correct copy of the foregoing Plaintiff's Notice of Voluntary Dismissal upon counsel for Defendants through the Court's electronic filing system and/or by U.S. Mail.

Respectfully submitted,

/s/ Ugur Tural

Ugur Tural, Pro Se